

# NUMBER 13-16-00480-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### EX PARTE JOSE MARIA REYES

### On appeal from the 93rd District Court
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Justices Garza, Perkes, and Longoria
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on October 28, 2016, because the record failed to include a certification of appellant's right to appeal. This cause is now before the Court on appellant's amended motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Accordingly, this case is hereby REINSTATED.

Without passing on the merits of the case, we grant the amended motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having

dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
1st day of December, 2016.